```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


MICHAEL DEAN GARVEY,            )      2:02-cv-2743-GEB-DAD
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
DAVID KEYES, et al.,            )
                                )
          Defendants.           )
_____)
                                )
MICHAEL DEAN GARVEY,            )      2:03-cv-767-GEB-DAD
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
DAVID KEYES, et al.,            )
                                )
          Defendants.           )
_____)
                                )
MICHAEL DEAN GARVEY,            )      2:03-cv-1691-GEB-DAD
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
DAVID KEYES, et al.,            )
                                )
          Defendants.           )
_____)
```

NON-RELATED CASE ORDER

```
MICHAEL DEAN GARVEY,           )     2:03-cv-1923-LKK-PAN(JFM)-P
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
U.S. DEPARTMENT OF JUSTICE     )
OFFICE OF INTERNATIONAL        )
AFFAIRS,                       )
                               )
          Defendant.           )
                               )
```

On March 2, 2006, Defendant in action number 03-cv-1923-LKK-PAN(JFM)-P, filed a "Notice of Related Cases" document, in which Defendant indicates the above-captioned cases are related within the meaning of Local Rule 83-123.  However, it has been determined that action number 03-cv-1923-LKK-PAN(JFM)-P is not related.

IT IS SO ORDERED.

Dated:  March 17, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2